*Debe revocarse la nota recurrida.*

---

Ex Parte José A. Ojeda Figueroa, promovente y apelante.

No. 5251—*Sometido:* Noviembre 28, 1930. *Resuelto:* Diciembre 24, 1930

*V. Polanco de Jesús,* abogado del promovente apelante.

El Juez Asociado Señor Hutchison, emitió la opinión del tribunal.

En un procedimiento para establecer el dominio sobre dos predios de terreno, José A. Ojeda Figueroa obtuvo un decreto a su favor respecto a uno, y apela de una resolución adversa en cuanto al otro. La primera contención del apelante es que la corte de distrito erró al resolver que la prueba del dominio consistió en la declaración de Joaquín Rodríguez, (quien manifestó que su declaración referente a la forma en que el peticionario había adquirido aquella parcela se basaba en lo que éste le había dicho), y en la de otro testigo, Torres (quien hizo una afirmación similar en torno a la

fuente de su información). En apoyo de esta contención el peticionario señala el hecho de que los alegados dueños anteriores fueron citados por edictos, y el de que el caso fué sometido al fiscal, quien rindió un informe favorable. Ninguno de estos hechos constituía prueba del título del peticionario.

Otras contenciones son que el juez de distrito incurrió en error al apreciar la prueba y al resolver que ella era insuficiente para establecer un título de dominio. Si bien puede haber campo para una disparidad de criterio a este respecto, no hallamos que se haya cometido tal manifiesto error en la apreciación de la prueba que justifique la revocación.

*Debe confirmarse la resolución apelada.*